

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2014

No. 04-13-00734-CV

**IN THE MATTER OF A.J.R.P.,**

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2013JUV00669
Honorable Laura Parker, Judge Presiding

# O R D E R

Appellant's brief was due to be filed on December 27, 2013. This court granted Appellant's first motion for extension of time to file the brief until January 27, 2014. On January 29, 2014, Appellant filed the brief and an unopposed second motion for extension of time to file the brief until January 29, 2014, for a total extension of thirty-two days.

Appellant's motion is GRANTED. Appellant's brief is deemed timely filed. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court